Turner v. Lea

---

MABEL LEATH TURNER v. BETTY JEAN TURNER LEA, ADMINIS-
TRATRIX OF THE ESTATE OF VIRGIL ROGERS TURNER

No. 7415DC938

(Filed 5 March 1975)

Courts § 11.1; Executors and Administrators § 18— suit against adminis-
tratrix — debt owed by decedent — jurisdiction
    District Court had jurisdiction of a suit against an administratrix
    for a $3,244 debt owed by deceased.

APPEAL by defendant from *Allen, Judge.* Judgment entered 6 June 1974 in District Court, ALAMANCE County. Heard in the Court of Appeals 23 January 1975.

*Vernon, Vernon & Wooten, P. A., by Wiley P. Wooten, for plaintiff appellee.*

*David I. Smith for defendant appellant.*

VAUGHN, Judge.

Defendant argues that the District Court has no jurisdiction in this suit against the administratrix for a $3,244.58 debt due by deceased. Defendant contends that G.S. 7A-241 vests

exclusive jurisdiction in the Superior Court Division. The argument is without merit and the judgment is affirmed.

Affirmed.

Judges MARTIN and ARNOLD concur.